In the Matter of the Application of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Lands Required for Opening and Extending Rosedale Avenue, Commonwealth Avenue and St. Lawrence Avenue.

WILLIAM WALDORF ASTOR, Appellant; WILLIAM H. FIELD et al., Respondents.

*Matter of City of New York* (*Rosedale Ave.*), 175 App. Div. 864, appeal dismissed.

(Argued June 5, 1917; decided July 11, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 18, 1917, which affirmed an order of Special Term confirming the report of commissioners of estimate as to awards for damages due to the intended regulation of two of the streets title to which was acquired by the city of New York in the above-entitled proceeding, viz., Rosedale avenue and Commonwealth avenue, in the borough of The Bronx. None of the intended regulation awards was made to appellant. Appellant, however, owns lands, included within the area of assessment for benefit adopted by the board of estimate and apportionment, within which area a portion of the sums so awarded will be assessed. The question which he sought to present was that those awards were illegal for the reason that the proposed grades on account of which the awards were made never received the approval of the board of railroad commissioners pursuant to former section 61 of the Railroad Law.

*Thomas C. Blake* for appellant.

*Lamar Hardy*, Corporation Counsel (*Joel J. Squier* and *John J. Kearney* of counsel), for city of New York, respondent.

*Lawrence E. French, Thomas W. Henry, Benjamin Trapnell* and *James H. Goggin* for William H. Field et al., respondents.

Appeal dismissed, with costs, on the ground that the order appealed from is not a final order as to the appellant; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND and CRANE, JJ. Not sitting: MCLAUGHLIN, J.